# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHOSHIMJON SOBIRJANOV,** *et al.*, <br>       **Plaintiff,** <br>     v. <br> **BRIAN McSHANE,** *et al.*, <br>       **Defendants.** | Civ. No. 24-4129 |

## ORDER

**AND NOW**, this 23rd day of June, 2025, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 36) is **GRANTED**;

2. Plaintiffs' Second Amended Complaint is **DISMISSED without prejudice;**

3. The Clerk of Court **SHALL** close this case.

                                          **AND IT IS SO ORDERED.**

                                          */s/ Paul S. Diamond*
                                          _____
                                          Paul S. Diamond, J.